LUCILLE R. HART *v.* WILBUR HART, JR.

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 91, is denied.

*Richard A. Johnson,* in support of the petition.

*Howard A. Jacobs,* in opposition.

Decided September 27, 1989

PAMELA BARONE SPEED, EXECUTRIX (ESTATE OF MILDRED F. BARONE) *v.* ANTHONY F. DELIBERO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 19 Conn. App. 95, is granted, limited to the following issue:

"Did the Appellate Court err in concluding that the plaintiffs had demonstrated as a matter of law that juror misconduct had probably prejudiced them and that a new trial was necessary?"

*Arnold J. Bai* and *Garie J. Mulcahey,* in support of the petition.

*Christopher D. Bernard,* in opposition.

Decided September 27, 1989

RICHARD L. ALBRECHT *v.* KATHERINE ALBRECHT

The plaintiff's petition for certification for appeal from the Appellate Court, 19 Conn. App. 146, is denied.

*Richard G. Kent,* in support of the petition.

*Thomas M. Shanley,* in opposition.

Decided September 27, 1989